# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 21-cr-01623-JLS-17 |
| Plaintiff, | ORDER |
| V. | |
| Osemah Elhassen, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Superseding Indictment .

Dated: May 20, 2024

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge