```
 1                   UNITED STATES DISTRICT COURT

 2               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3   _____
                                    )
 4   UNITED STATES OF AMERICA,      )
                                    ) Case No. 21-CR-1623-JLS
 5               Plaintiff,         )
                                    ) Friday, May 3, 2024
 6        v.                        )
                                    )
 7                                  ) Status Hearing
     SEYYED HOSSEIN HOSSEINI (5),   )
 8   ALEXANDER DMITRIENKO (6),      )
     AURANGZEB AYUB (10), MIWAND    )
 9   ZAKHIMI (16), AND OSEMAH       )
     ELHASSEN (17),                 )
10                                  )
                       Defendants.  )
11   _____)

12

13            REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                    PAGES 1 THROUGH 15

15        BEFORE THE HONORABLE JANIS L. SAMMARTINO
                 UNITED STATES DISTRICT JUDGE
16

17       APPEARANCES:

18       For Plaintiff:   UNITED STATES ATTORNEY'S OFFICE
                          880 Front Street, Suite 6293
19                        San Diego, California  92101-8807
                          BY:  JOSHUA MELLOR, AUSA
20                             PETER HORN, AUSA
                               MIKAELA WEBER, AUSA
21
     For Defendant        FEDERAL DEFENDERS OF SAN DIEGO
22   Zakhimi:             225 Broadway, Suite 900
                          San Diego, California 92101-5008
23                        BY:  KASHA CASTILLO, ESQ

24
         Reported By:  Stephanie Whitehead, RDR, CRR
25       District Court Clerk's Office, CASD
```

CERTIFIED TRANSCRIPT

```
 1    APPEARANCES (Cont'd)

 2    For Defendant        GRIFFIN LAW OFFICE
      Dmitrienko:          180 Broadway, Suite 1810
 3                         San Diego, California   92101
                           BY:  PATRICK MARTIN GRIFFIN, ESQ.
 4

 5    For Defendant        LAW OFFICES OF JOHN C. ELLIS, JR.
      Hosseini:            2495 Truxtun Road, Suite 206
 6                         San Diego, California   92106
                           BY:  JOHN CHARLES ELLIS JR., ESQ.
 7

 8    For Defendant        LAW OFFICE OF MEGAN E. FOSTER
      Ayub:                101 West Broadway, Suite 810
 9                         San Diego, California   92101
                           BY:  MEGAN ELIZABETH FOSTER, ESQ.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                FRIDAY, MAY 3, 2024; 10:39 A.M.
 2                           -o0o-
 3           THE CLERK:  Calling matter number 6, 21-CR-1623.
 4           MS. CASTILLO:  Good morning, your Honor.  Kasha
 5   Castillo on behalf of Mr. Zakhimi.
 6           THE COURT:  Let's take this in order.
 7           MR. ELLIS:  Good morning, your Honor.  John Ellis.
 8           THE COURT:  Where's Mr. Griffin?
 9           MR. GRIFFIN:  Mr. Griffin on behalf of Mr. Dmitrienko.
10   He's present in custody.
11           THE INTERPRETER:  I'm sorry, if the parties can please
12   use the microphone for the interpreters' sake.
13           MR. GRIFFIN:  Good morning, your Honor.  Patrick
14   Griffin on behalf of Mr. Dmitrienko.  He is present in court in
15   custody.
16           THE COURT:  Okay.  Thank you.
17           Where's Ms. Foster?  There you are.
18           MS. FOSTER:  Good morning, your Honor.  Megan Foster
19   behalf of Mr. Ayub who's present in court on bond.
20           THE COURT:  Who's appearing for Mr. Sherman?
21           MR. MELLOR:  His client pled guilty yesterday.
22           THE COURT:  Thank you.  He's still appearing on this.
23   Thank you.
24           Ms. Castillo, you've entered your appearance, ma'am?
25           MS. CASTILLO:  I have, yes.
```

```
1           THE COURT:  And similarly with Mr. Kumar, defendant
2    number 17, correct?
3           MS. WEBER:  Yes.
4           THE COURT:  The plea's been entered, correct?
5           MR. MELLOR:  Yes, your Honor.
6           THE COURT:  Okay.  Very good.  So you're at the
7    podium, ma'am.  Why don't you tell me where we are today and
8    what is the status of things.
9           Is that agreeable?
10          MR. MELLOR:  That's fine.  The government was -- was
11   prepared to go first.
12          THE COURT:  Oh, okay.  Go ahead.  I'm sorry.
13          MR. MELLOR:  Joshua Mellor, Mikaela Weber, and Peter
14   Horn on behalf of the United States.
15          THE COURT:  Okay.  Tell me the status of things,
16   whoever wants to go first.
17          MS. CASTILLO:  I don't care.
18          MR. MELLOR:  Yes.  And so over the last week or so,
19   the government has reached out to, and met and conferred -- or
20   tried to meet and confer with all counsel.  The government's
21   position is -- and I know that defense counsel has differing
22   schedules or differing thoughts, but we would like to set one
23   substantive motion hearing date.  Whenever that is, that's
24   fine.  The government proposes an August date, but we would
25   prefer one date.
```

```
 1                THE COURT:  You're proposing August 8th for
 2   substantive motions?
 3                MR. MELLOR:  That is correct.
 4                THE COURT:  Okay.  Continue.
 5                MR. MELLOR:  Yes.  And I know that there may be
 6   multiple motions that are filed.  The government would want one
 7   date, not like one in June and one in August and one, you know,
 8   another time.  And I think once we have that then we can set a
 9   trial date, whether that's in the fall or later.  But that's
10   what the government would prefer.  And if there's any other
11   motions, whether it's severance or other, the government would
12   want an opportunity to brief that and respond to any motions.
13                THE COURT:  Okay.
14                MS. CASTILLO:  Yes, your Honor.
15                THE COURT:  Okay.  And you're just speaking for
16   yourself, or have you all conferred and you're speaking for the
17   group?
18                MS. CASTILLO:  I'm going to speak on behalf of the
19   group, this morning.
20                THE COURT:  Excellent.  Excellent.  Go ahead.  Thank
21   you.
22                MS. CASTILLO:  We've met and conferred as well.  We've
23   talked about it.  We agree that there's more substantive
24   motions to file.  For the Court's information, there are
25   substantive motions that I think are legally based, and we had
```

```
 1   originally thought maybe we wanted to handle those separately.
 2   I do think that in the future there might be motions that would
 3   be relevant to expert-type testimony, which I thought might
 4   make more sense to have that as a separate hearing.  But we can
 5   cross that bridge when we need to.  It seems like that's a bit
 6   premature.
 7            THE COURT:  I like the idea of having one substantive
 8   motion date.
 9            MS. CASTILLO:  Okay.
10            THE COURT:  On the other hand, you know, depending on
11   how much that's brought forward, and the nature of what's
12   brought forward, we may have to take them as they come.
13            MS. CASTILLO:  So for right now, we're all asking for
14   August 9th.
15            THE COURT:  August 9th, not the 8th?
16            MS. CASTILLO:  I'm sorry.  I thought the Court wanted
17   Fridays.
18            THE COURT:  Oh, I don't think so.
19            MR. MELLOR:  I'm sorry, your Honor.  I said an August
20   date, not 8th.
21            THE COURT:  Oh, I'm sorry.
22            MR. MELLOR:  I didn't enunciate correctly.  Sorry,
23   your Honor.
24            THE COURT:  Okay.  Thank you.  Let me say this:
25   Friday calendars have been ridiculously light.
```

1            MS. CASTILLO:  Oh.
2            THE COURT:  So I could take something, but I think
3    they are going to be ticking up.  We're watching arraignments
4    and things, and they are going up.  This case, there's nothing
5    routine about this case, so it depends on the nature of the
6    motions.  I would try to set you on an off day so we could take
7    all the time we needed.
8            MS. CASTILLO:  Okay.
9            THE COURT:  But I haven't -- I didn't know what you
10   were going to ask for, and I have not looked at August for a
11   clear day.
12           MS. CASTILLO:  The 8th would work for us, the Thursday
13   if that works.  No?
14           THE COURT:  I have a trial that week.
15           (Sotto voce discussion between the clerk and the
16           Court.)
17           THE COURT:  I'm told I'm not free until the week of
18   August the 19th.  So take a look at things.  What day is the
19   19th?
20           THE CLERK:  It's a Monday.
21           MS. CASTILLO:  The first opening this Court has for a
22   motion hearing is the week of the 19th?
23           THE COURT:  That's a Monday.
24           MR. MELLOR:  That date works for the United States.
25           THE COURT:  If you want to go to different date, I can

```
 1   go to a different date.
 2           What do you think, Mr. Mellor?
 3           MR. MELLOR:  Yes.  Any time that week works for the
 4   United States.
 5           MS. CASTILLO:  Can we pick another date besides the
 6   19th?
 7           THE COURT:  Sure.
 8           MR. GRIFFIN:  I'm sorry, I'm out of the district that
 9   whole week of the 19th.
10           THE COURT:  That whole week.  Okay.  We need you here,
11   sir.
12           MR. GRIFFIN:  Well, I know.
13           THE COURT:  We need you here, so let's look at another
14   week.
15           What's the week after look like, Anthony?
16           THE CLERK:  The following week.  The 26th through the
17   30th --
18           THE COURT:  Not the 30th because that's a Friday
19   calendar.
20           See, I'm just assuming because this case presents some
21   different issues that the motions that are going to come
22   forward first, may be the legal ones, and it may take a little
23   bit of time.  And I may -- contrary to always coming out with a
24   tentative and being kind of set in my tentatives, I may want to
25   hear from both sides and hear the argument.  And I'd like to be
```

1  able to take more time than I can sometimes take on a Friday.
2  That's why I'm looking for a date other than a Friday.
3          MR. GRIFFIN:  Just to clarify, the Court's not
4  available the last week of July for a motion date?
5          THE COURT:  Well, let's ask my clerk.
6          THE CLERK:  No, unfortunately not.  August 29th would
7  be a good day, if that works for everyone.
8          MR. MELLOR:  That works for the United States.
9          THE COURT:  You know, it's far enough out.  Bring on
10 whatever motions you have, whatever their nature, whether you
11 think they appropriately batch together or not.  I'll do what
12 can possibly handle on that date and defer what doesn't need to
13 be done if I need to do that.  If I need to do that.
14         I'm not really sure what to expect.  I can anticipate
15 some of them that we're going to see, but it's not your routine
16 border bust.  Take a few moments.  Let's go off the record.
17 Confer.
18              (Discussion off the record.)
19         THE COURT:  Okay.  Ms. Castillo, what did you all
20 agree on?
21         MS. CASTILLO:  Yes, we agree with the 29th.
22         MR. MELLOR:  Yes, your Honor.  That's August 29th.
23         THE COURT:  August the 29th.  And let's say -- what
24 day of the week is that, Anthony, Thursday?
25         THE CLERK:  That's Thursday.

```
1              THE COURT:  Okay.  Let's say 9:30.
2              MS. CASTILLO:  Okay.
3              THE COURT:  And that will be for whatever motions are
4    completely briefed.  And I'm going to say since we're starting
5    so far in advance, I want them a solid three weeks, fully
6    briefed, at least three weeks before, maybe even more,
7    depending on how many you're bringing.
8              MS. CASTILLO:  Fully briefed both sides?
9              THE COURT:  Fully briefed, moving and oppositions both
10   into me by -- what's four weeks before that, Anthony?
11             THE CLERK:  That would be the 8th -- sorry, the 1st.
12   August 1st.
13             THE COURT:  Okay.  There you go.  That's good.
14             MS. CASTILLO:  Can I do the 8th?
15             THE COURT:  Sure.
16             MS. CASTILLO:  For both sides, everything?
17             THE COURT:  Both sides fully briefed.  August the 8th.
18             MR. GRIFFIN:  Can the Court lay out just so we have
19   all the dates, the opening brief, the government's, and our
20   reply?  Can we get just dates certain on that?
21             THE COURT:  No.  Look, folks.  This is not rocket
22   science.  They file something; you file something.  You've got
23   whatever time you all agree on, but I need everything fully
24   briefed.  That's the only date I care about.  I need your
25   moving and oppo on any given motion fully done by August
```

```
 1    the 8th.
 2            MS. CASTILLO:  Yes, your Honor.
 3            THE COURT:  Okay?  I'm assuming all the motions are
 4    coming from you.
 5            You think you're going to bring some motions?
 6            MR. MELLOR:  We don't anticipate bringing any motions.
 7    And if it would be helpful from that August 29th and the date
 8    for fully briefed, we could then work backwards of two weeks,
 9    two weeks --
10            THE COURT:  Well --
11            MR. MELLOR:  -- and then present --
12            THE COURT:  -- fully briefed.  I don't know how much
13    time you're going to need.  I mean, part of this is going to
14    depend on what's presented here, folks.  So if I want
15    everything by August the 8th --
16            MR. MELLOR:  Sure.
17            THE COURT:  -- I think I can leave you to your own
18    devices, but I'll set dates if you need me to.
19            MR. ELLIS:  We'll meet and confer, your Honor.  If we
20    need you to intervene, we will.  But I'm sure we can work it
21    out among ourselves.  We understand our marching orders.
22            THE COURT:  You understand.  And so we'll be set then.
23    Does that work --
24            MR. GRIFFIN:  Yeah, that works, your Honor.  I want
25    everyone to have the time they need on this.
```

```
 1              MS. CASTILLO:  Yes, your Honor.
 2              THE COURT:  Okay.  What else?  Anything else we can do
 3   today?
 4              The question I have, you mentioned a trial date.  And
 5   I think we're way too far away to worry about that, but do you
 6   have any kind of concept of what this would look like, or is it
 7   way too soon even to do that?  So what kind of time frame do we
 8   need to try this case?
 9              MR. MELLOR:  So we've talked amongst ourselves.  We've
10   talked with some of the defense counsel.  And assuming that the
11   same defendants are here, and there's four, we think it will
12   take five days, maybe six to present our case, and then
13   obviously, you know, the defense case.  So we're expecting
14   five, maybe six, but we think we can present our case within a
15   week.
16              THE COURT:  Okay.  Well, we'll see.  We'll see, you
17   know, what happens with that as we go forward.
18              But this would be the group?
19              MS. CASTILLO:  Correct.
20              THE COURT:  The four?  Okay.
21              MR. MELLOR:  Yes, your Honor.  And if other defendants
22   were extradited, we would assume that would be in a group two.
23   But yes, we expect that this would be group one, and then
24   anyone else would be group two.
25              THE COURT:  Okay.  Anything else?
```

```
1              MS. CASTILLO:  I don't believe so, your Honor.
2              MR. GRIFFIN:  No, your Honor.  Thank you so much.
3              THE COURT:  Ms. Foster?
4              MS. FOSTER:  No, your Honor.  Thank you.
5              THE COURT:  Mr. Ellis, anything to add, sir?
6              MR. ELLIS:  No, your Honor.  Thank you.
7              THE COURT:  Okay.  I appreciate the organization and
8    the collectivity of this.
9              Go ahead.
10             MR. HORN:  Your Honor, two things.  Thank you.
11             Last week the government filed a motion for return or
12   destruction of certain discovery that was inadvertently
13   provided.
14             THE COURT:  Oh, thank you.  Thank you.
15             MR. HORN:  Could the Court grant that, assuming no
16   opposition?
17             THE COURT:  Is there no opposition?
18             MR. HORN:  None has been filed.  We haven't received
19   any.
20             THE COURT:  Let me just ask everybody:  Mr. Horn's
21   bringing up the motion for return or destruction of certain
22   protected discovery materials.  I've received nothing from
23   you -- and thank you, because I wanted to ask if there was any
24   response to that.
25             Mr. Ellis, any opposition?
```

```
1            MR. ELLIS:  No, your Honor.
2            THE COURT:  Ms. Foster?
3            MS. FOSTER:  No, your Honor.
4            MR. GRIFFIN:  No, your Honor.
5            MS. CASTILLO:  No.
6            THE COURT:  Okay.  That motion is granted.
7            MR. HORN:  Thank you, your Honor.  And then the second
8    thing is just the exclusion of time based on the anticipated
9    motions, complexity of the case, as the Court has found, and to
10   exclude time as to all the defendants under (h)(7) from now
11   until August 29th.
12           THE COURT:  Okay.  Any objection to that?
13           MR. ELLIS:  No, your Honor.
14           MS. FOSTER:  No, your Honor.
15           MR. GRIFFIN:  No, your Honor.
16           MS. CASTILLO:  No, your Honor.
17           THE COURT:  Okay.  Very good.  Thank you.
18           Now, I don't know how long this case is going to go
19   on, but if the government wishes to prepare an order on that
20   exclusion of time, I'm happy to sign that.
21           MR. HORN:  Thank you, your Honor.  We can do that.
22           THE COURT:  Okay.  You're welcome.
23           Thank you, everybody.
24           MR. GRIFFIN:  Thank you, your Honor.
25           MR. ELLIS:  Thank you, your Honor.
```

```
1         THE COURT:  Thank you.
2         THE CLERK:  Court is in recess.
3         (End of proceedings at 10:52 a.m.)
```

*C E R T I F I C A T E*

I, Stephanie Whitehead, certify that I am a duly qualified and acting Official Court Reporter for the United States District Court; that the foregoing is a true and accurate transcript of the proceedings as taken by me in the above-entitled matter on May 3, 2024; and that the format used complies with the rules and requirements of the United States Judicial Conference.

Dated:  June 6, 2024


_s/ STEPHANIE WHITEHEAD_

Stephanie Whitehead, CSR 10093
U.S. Official Court Reporter