SENTENCING SUMMARY CHART
[☒] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)
Sentencing Date: November 15, 2024

USPO [☐]
AUSA [☒]
DEF [☐]

Defendant's Name: Osemah Elhassen    Docket No.: 21-CR-1623-JLS-17

Attorney's Name: AUSAs Joshua Mellor, Mikaela Weber, Peter Horn    Phone: 619-546-6795

Guideline Manual Used: November 1, 2023    Agree with USPO Calcs.: No

| | |
|---|---|
| Base Offense Level(s): USSG §§ 2D1.1(c)(4), 2E1.1(a)(2), 1B1.3(a)(1) | 32 |
| Specific Offense Characteristics: USSG §§ 2D1.1(b)(18), 5C1.2(a) – Safety valve | 0 |
| USSG §§ 2S1.1(b)(2)(B), 1B1.3(a) – Money laundering | +2 |
| Adjustment for Role in the Offense: | +2* |
| Adjustment for Obstruction of Justice: | |
| Adjusted Offense Level: | 36 |

☐ Combined (Mult. Counts)    ☐ Career Off.    ☐ Armed Career Crim.

| | |
|---|---|
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG § 3E1.1(b)] | -3 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |

___ Career Offender    ___ Armed Career Criminal

| | |
|---|---|
| Criminal History Adjustment for Zero-Point Offender | 0 |
| Total Offense Level: | 33 |
| Supervised Release Range (based on Total Offense Level): | 1 to 3 years |
| Fine Range (based on Total Offense Level): $35,000 to $250,000 | |
| Guideline Range: (Range limited by: ___ minimum mand.   ___ statutory maximum) | from 135 mths to 168 mths |
| Departures: | |
| USSG § 5K2.0 – Expeditious resolution, waiver of extradition, and full appellate waiver | -3 |
| Resulting Guideline Range: Adjusted Offense Level 30 | from 97 mths to 121 mths |

RECOMMENDATION: 81 months' custody,* three years' supervised release, no fine, $100 special assessment. *See the United States sentencing memorandum.