MATTHEW J. LOMBARD (SBN 239910)
Law Offices of Matthew J. Lombard
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile (310) 392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
OSEMAH ELHASSEN

# UNITED STATES DISTRICT COURT

## SOUTHERN CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:21-cr-01623-JLS-17 |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S SENTENCING** |
| v. | ) | **SUMMARY CHART** |
| OSEMAH ELHASSEN, | ) | |
| | ) | Date:  November 15, 2024 |
| Defendant. | ) | Court: Hon. Janis L. Sammartino |
| | ) | |

Defendant OSEMAH ELHASSEN, through counsel, hereby and herewith submits his Sentencing Summary Chart, which is based upon the files and records of this case.

Date: November 8, 2024

Respectfully submitted,

LAW OFFICES OF
MATTHEW J. LOMBARD

By    */s/Matthew J. Lombard*
MATTHEW J. LOMBARD
Attorney for Defendant
OSEMAH ELHASSEN

# SENTENCING SUMMARY CHART

USPO □
AUSA □
DEF ■

Sentencing Date: <u>November 15, 2024</u>

Defendant's Name: <u>OSEMAH ELHASSEN</u>        Docket No. <u>3:21-cr-01623-JLS-17</u>

Guideline Manual Used: <u>November 1, 2023</u>        Agree with USPO Calc: <u>No</u>

Base Offense Level (Drug Quantity, if Applicable):

<u>U.S.S.G. §§2Dl.l(c) (4), 2El.l(a)(2), 1Bl.3(a)</u>        <u>32</u>

Specific Offense Characteristics:

<u>Money Laundering, U.S.S.G. §§2S1.1(b)(2)(B), 1B1.3(a)</u>        <u>+2</u>

<u>"Safety Valve," U.S.S.G. §§2D1.1(b)(18) & 5C1.2</u>        <u>-2</u>

Victim Related Adjustment:

Adjustment for Role in the Offense:        <u>0</u>

Adjustment for Obstruction of Justice:        <u>0</u>

Adjusted Offense Level:        <u>32</u>

    □ Combined (Mult. Counts)    □ Career Off.    □ Armed Career Crim.

Adjustment for Acceptance of Responsibility: U.S.S.G. §3E1.1(a) & (b)    <u>-3</u>

Adjustment for Zero-Point Offender: U.S.S.G. §4C1.1        <u>-2</u>

Total Offense Level:        <u>27</u>

Criminal History Score:        <u>0</u>

Criminal History Category:        <u>I</u>

    □ Career Offender    □ Armed Career Criminal

Guideline Range:        from <u>70</u> mths

    (Range limited by: __ minimum mand. and ___ stat. maximum)    to <u>87</u> mths

Departures and Variances:*

<u>Departure - Combination of Circumstances: a) Timely Waiver of</u>

    <u>Extradition from Colombia to U.S. b) Expeditious Resolution</u>

    <u>Once in SDCA; and c) Full Appellate Waiver</u>        <u>-3</u>

Resulting Guideline Range: **Level 24, Category I**        from <u>51</u> mths

                                                                        to <u>63</u> mths

*Recommended Sentence:* **45 months**.

\* In their Sentencing Memorandum the Government recommends an additional downward departure of one level and a further reduction of 6 months beneath the low end of the guideline range that results from their computation.  To the extent the Court calculates a higher level than reflected in this summary chart, then Defendant would respectfully request a term of 45 months via downward variance under 18 U.S.C. §3553(a) and United States v. Booker, 543 U.S. 220 (2005).  Among other grounds, the defendant served nearly 2 years of brutally harsh foreign confinement while in a Colombian prison awaiting extradition, which goes a substantial way towards satisfying the aim of §3553(a) that the sentence be sufficiently retributive and obviates the need for prolonged further incarceration.

## **PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )    ss.
COUNTY OF LOS ANGELES )

I, LISA MAXEY, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 3302 S. Grand Avenue, Los Angeles, California 90007.

On November 8, 2024, I caused the foregoing document described as:

### **DEFENDANT'S SENTENCING SUMMARY CHART**

to be served upon the interested parties in this action by electronic filing:

Rachael L. O'Gorman
United States Probation Officer
Email: rachael_ogorman@cacp.uscourts.gov

Joshua Cade Mellor
Assistant United States Attorney
Email: joshua.mellor@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of November, 2024, in Los Angeles, California.


*/s/Lisa Maxey*
LISA MAXEY