# *APPENDIX*

Exhibit A        Letter from Defendant Osameh Elhassen

Exhibit B        Letter from Attorney Diana Cristina Alzate Millan

Exhibit C        Letters from Concerned Parties

# Exhibit A

Honorable Janis L. Sammartino
United States District Judge
221 West Broadway
San Diego, California 92101


Dear Judge Sammartino,

I thank you for the opportunity to speak to you before I am sentenced. I want you to know my story and hopefully get back to my children as soon as possible.

I am a dual citizen of Lebanon and Australia. One year after I was born in Australia my parents returned to Lebanon, where I did all my schooling. In 1999 I graduated from the University of Lebanon, and in 2000, with a professional degree. I secured a work visa to work in Dubai where I worked for seven years. I then moved back to Australia to be closer to my brother and his wife, who was from Colombia.

My brother's wife introduced me to her best friend, Diana Carolina Urjuela Castano, who was at the time living in Colombia. After a year of correspondence over Skype video and other phone calls, we agreed to meet each in Brazil for a vacation. I then met her in Colombia to meet her family, where were engaged. She then came to Lebanon in 2010 and met my family.

Shortly after we were married and moved to Australia so that I could be near my brother and she could be near her best friend.

Over the next two years we had two children, both boys one and 2011 and one in 2013. Then unfortunately in 2014, my wife's mother became very ill. My wife returned briefly to look after her mother in Colombia and then returned to Australia. Two years later, in 2015, her mother was diagnosed with cancer, so once again she took the boys with her to Colombia to be there to care for her mother. In 2017 my wife informed me that she and the two boys were going to stay with her mother in Colombia to take care of her mother. She basically wanted a divorce. She said that she no longer wanted to be living with me in the other places and that if I wanted to see my sons, I had to go to the Colombia.

I of course traveled to Colombia so that I could be a father to my sons. However, I went into depression and anxiety after my divorce and due to my

economic situation. I knew no Spanish and did not have any work. I only spoke Arabic and English in a country where people speak very limited English.

Judge, I realize the magnitude of my mistake and I will never forgive myself for committing this crime. I've been on medication for depression when I was in prison in Colombia and I've continued on medication since I arrived to the USA.

I was offered the job to sell the phones out of desperation to help my kids and survive. But I knew those phones were encrypted because they were used for illegal activities like cocaine smuggling and money laundering. And yet I sold them anyway, and that was a horrible wrong decision on my part and the reason that I have been through this long ordeal in prison and my family suffering along with me.

I was in Colombia with my two sons when I was arrested on the street in front of them on June 16, 2021. All three of us were very traumatized and in shock. I spent the next 23 months in a Colombian prison, La Picota, where I was a foreigner. I spoke no Spanish. I was severely abused and forced to give away my clothes and my money or be killed, I was badly beaten and ended up in the hospital for 27 days, with severe nerve and back injury.

To make things worse, my father passed away in 2022 when I was in La Picota. He was very sad and worried about me and my kids. Losing him has been very difficult. This lost combined with the knowledge that my grandmother is sick and by herself adds to my depression and anxiety.

My two boys are now stranded in Colombia with no father. In hindsight my decision to sell phones to earn money for rent, food, and my sons was ignorant and wrong.

I am so sorry Your Honor for my ignorance and lack of judgment during this difficult period of my life. Please have mercy, and I hope you can send me back to my family as soon as possible to look after them.

I thank the Court and you for your time.

Sincerely,


Osemah Elhassen

# Exhibit B

Villavicencio, MAY 25, 2024.

Honorable

Janis L:Sammartino

United States District Judge

221 West Broadway San Diego CALIFORNIA 92101.

Diana Cristina Alzate Millan identified with ID number 40411516 issued in Villavicencio-Colombia, with professional lawyer card 149,646, issued by the Superior Council of the Colombian Judiciary, who knew Mr. OSHAME HELASEN since 2021 and 2022, because I was his lawyer before the Colombian Supreme Court of Justice in the case of the extradition request of Mr. OSAMEH ELHASSEN identified with immigration card No. 694474, I met him when he was 49 years old, I defended him in the administrative process before the Supreme Court of Justice rad: 11001102040002021017 6600 - EXTRADITION REQUEST PROCESSING by the Government of the United States of America, indictment case 21CR-1623-JLS OF MAY 28, 2021.

During these years, while practicing as a lawyer, I met my client as a person with a very strong, strict and demanding character, sometimes bad-tempered, but who is not bad-tempered in the precarious conditions of the Colombian prisons where drinking water service Isn't it constant? The lack of drinking water supply and terrible food is reason enough to live in a bad mood and become conflictive, which is why he had several problems of disputes and isolation, since he did not speak Spanish and his communication with others always ended in problems, despite From his troubles he was a very collaborative, merciful and generous person with his companions in the yard, who were in precarious economic conditions. On more than one occasion he gave toiletries to incarcerated personnel who did not have the money to pay for their toiletries. , also collaborated in serving food and organizing sales inside the prison.

Since I met him, his main concern was his two children, their education, he constantly talked to me about them and he felt very proud of them, at the same time worried and melancholic because he could not see his children or educate them according to his customs and traditions, he was missing the best time to share adventures with them, therefore I consider him to be a good father, since even though he fell from grace, he never stopped looking out for the well-being of his children Karim and

1

WISAM, his suffering as a father It was constant, at first he felt ashamed of his condition of being a prisoner, as a lawyer I processed the permits for his children and could still see them once a month.

The Picota is a Prison and Penitentiary in Colombia, it is a horrible center where the human rights of any human being who is imprisoned are violated, the lack of empathy for their religion and beliefs, was subject to several acts of discrimination by colleagues and conflicts, but he still collaborated with those who asked for help according to his possibilities.

Osameh has a strong character, his high tone when speaking, increasing the volume, almost shouting as is customary among Arabs, and because he was a Muslim, he was misunderstood and generated strong arguments and ridicule that ended in prolonged fights and isolation, for him. Going to prison in Colombia affected his emotional intelligence environment, since he faced everyone to defend his traditions, he was discriminated against for being labeled as conflictive for speaking loudly and of course this brought him many inconveniences of coexistence inside the La Picota Prison and penitentiary. , since he was isolated on several occasions for a period of weeks to months, as he had a lot of problems with verbal fights among his colleagues who are also stressed by the poor, inhuman conditions, humiliating, degrading, health and environmental mistreatment and overcrowding that the Prison has. the pillory Osameh slept in a cell with a bathroom with 6 or 7 people, who at the time of an emergency or fire could be trapped and burned to death. He had several problems with the custodial staff for demanding better conditions, coupled with the fact that he did not speak a single word in Spanish, their communication was misinterpreted, by the guards as well as by their classmates, which ended in arguments and isolation lasting up to months. These conditions really affect any human being.

In Colombia, the country's Prisons and Penitentiaries do not fulfill the function of resocialization of the individual, they are not aligned with international guidelines, respect for guarantees and fundamental rights of personnel deprived of liberty, isolation is brutal, they sleep 6 or 7 people in a cell, they are subjected to state abandonment and the lack of political will to guarantee decent conditions for any human being, those deprived of liberty in Colombia are second-class citizens, enormous administrative corruption has made the food in this center prison is not the most adequate or balanced, generating autoimmune diseases in those deprived of liberty. The health conditions are terrible, since pest control is deficient and there are rodents known as rats up to 40 cm in size, which enter the prisons. prisoner patios and their cells, the supply of drinking water is deficient, in the year 2021-2022 that Osameh was there, there were 2 episodes without water supply in the Prison for three days, this being cruel and degrading treatment since the water It is vital for the cleanliness of the staff, cleaning of the environment and hydration, subject to bad odors due to not being able to drain the toilets, all these bad practices led to Mr. Osameh's health conditions worsening, he contracted a urinary infection which was

poorly treated. , which became complicated in 2021, generating a cyst in a left kidney, and PYELONEPHRITI, he had left pleural effusion and pneumonia due to these pathologies, he was confined for 25 days at the Sur Oeste Hospital in the town of Kenney in the city of Bogotá , where he was treated, according to the medical history that I submitted, he was admitted on September 27, 2021 until October 18, 2021, he was admitted with a clinical picture of not being able to walk, and blood in the urine, severe back pain, in the Hospital diagnosed that he contracted a poorly treated urinary infection that had a picture of spepsi compromising several organs and tissues, which warranted his hospitalization. At this time he was subject to analysis for surgical intervention, which was very worrying for him and this caused him to lose 30 kg of weight, deteriorating his physical and emotional health, in reality he has had a very bad time and it has led to anxiety crises

Osameh also had problems with his diet since he could not eat pork, since he is Muslim and his religion does not allow it, which the prisoner did not make a change in diet, generating health complications, since the meat that mostly consumed in the pillory is the Pig.

Finally, La Cárcel la Picota was the subject of several judicial actions in Colombia and sanctions for the poor food provided to the inmates and other problems with access to food, overcrowding, health of the penitentiary center, and the highest Constitutional Court ORGAN OF Constitutional Justice in Colombia In Court, in ruling SU – 122-2022, specific orders were adopted to Inpec – Cárcel la Picota. In particular, regarding the food and hygiene and health conditions for the prisoners of the Picota

In the contact I had with Mr. Osameh I shared the most intimate and important thing for the one he jealously guards in his heart, and they were his children, his only thought day by day was his children, and in the advice he had to give them, reflecting enormous affection and sadness at not educating them, and having them far away and being seen in that condition, for the mistake he made that also led to his children suffering the consequences of seeing their father in jail, thus destroying their brotherhood e union, I saw him cry for it and suffer, which constantly asked for forgiveness from them as well as from his wife for making them suffer that unnecessary suffering, which leads me to conclude that he is a good human being, and a good father of a family, Since I look after the support of his children, the purchase of his needs and he was always there waiting for his children on visiting day, he previously called me in order for me to speak with his ex-wife and find out if I was going to visit him, he was worried that everything He was up to date on permit authorizations so that his children could visit him. During family visits he went out of his way to attend to them, I know this because other individuals he represented told me, his ex-wife too.

Osameh's separation from his family, especially his children, is devastating for him, which has led him to have depressive crises and separation anxiety, because he

3

loves his children and has always done everything possible to give them a better future. He has always been a present father not only economically but also in providing them with the affection and affection necessary for them, which is why it is important in his life to ask the judge for mercy when he fails to impose a minimum sentence that does not destroy his family bond and can share and build the educational training of their children, since every child needs their father.

In this brief way, your honor, I respectfully inform you of the hostile conditions, suffering, and mistreatment that Mr. Osameh Elhasen had to undergo in Colombia while he was detained, which deserve your mercy when determining the punishment, since he has suffered and is finds regret.

The extradition took a long time to process and deliver him to the United States of America, which destroyed his life mentally and physically, causing more stress and difficulties for him and his family, which is why this time spent in jail of Colombia should be taken as double time when imposing the sentence in the sentence.

This time that he spent in prison in Colombia must be taken into account as redemption when imposing the sentence, since he is truly repentant and will therefore ask for forgiveness from society as well as from his family at the appropriate time.

Respectfully

DIANA CRISTINA ALZATE MILLAN

CC 40.411.516

TP 149 .646

4

# Exhibit C

Nazha Elhassen
U10 / 8 Kings Rd
Five Dock NSW 2046
Australia

Honorable Janis L. Sammartino
United States District Judge
221 West Broadway
San Diego, California 92101

Date: 20 May 2024

Dear Judge Sammartino, My name is Nazha Elhassen. I am Osemah's mother. Osemah is my second born child and considering I am 84 years old, I have known Osemah all his life. Osemah's childhood was a pleasant one, a beautiful and enthusiastic little boy, eager to learn and grow. He is a kind and loving brother to his two siblings and family and loved his bird pets and dog.

For most of his childhood and adolescent life, Osemah lived with his family in Lebanon and thus, witnessed the civil war. After finishing highschool, Osemah joined Notre Dame University in Louaize, Lebanon and graduated with a Bachelor of Business Administration in 1997. Shortly after that, he travelled to Dubai, UAE for work. He initially worked at a company called Oasis as a project manager and then as a flight attendant with Emirates airlines. He married in 2010 to a Colombian woman with whom he fathered two sons. When the couple had difficulties, Osemah's wife left Lebanon and took the children with her to Columbia where her family was based. She was supposed to visit her sick mother and help her during her sickness and return to Lebanon but she never came back. Osemah couldn't convince her to return with the children and found it very difficult to stay away from his very young children. He really had no choice but to relocate to Columbia in 2018 so that he can be near his children. He had no connections in Columbia, no family other than his two sons, and was challenging to find a stable job especially that he doesn't speak Spanish.

During his stay in Columbia since 2018 Osemah pretty much relied on me and his late father for financial support. Osemah felt guilty and ashamed having to accept financial support from his elderly parents and was looking for work that does not require extensive communication skills. When Osemah told me that he was selling the phones I didn't think much of it and was glad he found work. We were shocked when we knew that the phones were associated with criminal activity and I wish i advised him otherwise, i wish i continued supporting him financially, this would have been avoided.  He is deeply regretful and now realises that this was a terrible decision that costed him years away from his children and family and had implications on his mental health and wellbeing.

Osemah's move to Columbia also meant that he was away from his parents and relatives. Osemah and I stayed connected via phone calls and his father and I were planning to visit him in 2020 but we were unable to travel due to the COVID pandemic. Sadly, Osemah's father (my husband) passed away in January 2022 due to COVID and I now live alone in Sydney, Australia. It has been very difficult for me these last two years since my husband

passed away. I have chronic disease (hypertension, osteoperosis and cholesterol) and I am hard of hearing and had two falls in the last four years. My daughter works full time and has two young children and does not live nearby. She cannot be available to care for my needs on daily basis. Osemah's imprisonment has also caused me deep sadness and anxiety to the point that I am unable to cope with life, I fear that I may not see him again considering my old age.

I know from my conversations with Osemah that he has deep regrets for the actions that resulted in his current situation, and which were wrong and unlawful. He understands clearly that these actions had serious implications, resulted in him being removed from his family, especially his elderly parents and that he couldn't say goodbye to his father or even visit his grave to this day. If Osemah is released, he promised me that he will not engage in any criminal activity and that his main goal is to live with me and become my carer. He also wants to do volunteering work at my community center. I will be financially supporting Osemah so that he can rebuild his life. I believe with my help and the support of his close family members who love him and care for him, Osemah will succeed. I request that you consider the above in your sentence and ask for your lenience.

I hope that you will consider my request.

Sincerely,

Nazha Elhassen

*Nazha Elhassen*

Honorable Janis L. Sammartino
United States District Judge
221 West Broadway
San Diego, California 92101

Date: 19 June 2024

Dear Judge Sammartino,

We, Hamzi Elhassen and Diah Elhassen, are writing this reference letter for our brother Osemah Elhassen. We have been brought up together with Osemah in the same house and thus have known each other for most of our life time. We had close relationship with Osemah and have shared good and sad times as most families do. On a personal level, Osemah has always been truthful, supportive and hardworking. He never offended anyone. The news of his court case came as a shock to us and we have been very concerned for his well being.

We are very well aware of the charges that he is facing and the consequences of those however, considering the current situation of the family and his previous conduct, we would like to plead for leniency. As a family, we have been aware of our brother personal difficulties in both family and professional life. He was forced to travel to Colombia to be close to his two children after his wife taking them away from him. He also had to go through a bad divorce alone in Colombia so you can imagine the heartbreaking ordeal which he had to go through all alone in a foreign country. He also didn't speak the language which made it impossible for him to find work in Colombia to be able to support his two children.

However we are both dedicated to supporting Osemah and providing him with the financial and mental support to help in the process of his rehabilitation into society again. As our mother wrote in her letter, he will be living with her in Australia where he can be her carer and will be entitled for government financial support (i.e. social services).

We have been speaking with Osemah via phone calls on weekly basis and one of the things he shared with us was that he has learned from this experience and expressed remorse. Most times we sensed that he was anxious and stressed about his situation, and that he has been experiencing pain in his joints. He also shared with us that he has been managing his anxiety with more reading, meditation and doing work at the prison. We are confident that Osemah will

not offend again" and we will be working together with him to make sure that he will NOT repeat what he has done.

We sincerely hope that you look into this matter and consider our request for leniency before passing on any verdict.

Sincerely,


*Hamzi Elhassen* & *Diah Elhassen*

Honorable Janis L. Sammartino
United States District Judge
221 West Broadway
San Diego, California 92101

Dear Judge Sammartino,

My name is Saba Zgheyb, I am 50 years old, married with 3 children and I am a manager in an optometrist shop in Greenacre, NSW Australia. I am part of an orthodox Christian church (Saint Nicholos), Punchbowl New South Wales.

I have known Osemah for 30 years, through my best friend that happened to be his cousin. I always found him to be kind, honest and trustworthy. He is reliable when he is asked to help. I will never forget when my car broke down in the early morning of Sunday coming back from a night out, I called him for assistance he came and picked me up and drove me home.

When I used to go to Dubai, he was always very hospitable and showed me around Dubai .

He worked hard, to save money and get married which he did, he had 2 boys and he was a wonderful father. The kids loved him and he showed them a lot of affection and care.

Things started to head down for him when he started to have marriage problems, especially after his former wife took his kids to Colombia. He left everything and followed them to Colombia to be by their side. He started to suffer from depression and anxiety.

Everyone that has known Osemah, were shocked about his arrest, as he was never known to do anything to break law, he never had a traffic fine. Until now I am shocked and cannot believe it is completely out of character.

I believe he is very remorseful, and the guilt from been away from his kids is enough of a punishment for him and I believe he has learnt from his mistakes and will not be in the same position he is now. His mother is suffering greatly from his incarceration and hoping he will be with her soon to take care of her. I hope the court will be lenient in his sentencing and show him compassion, because his prospects for rehabilitation is high, having a loving and supporting family. Also he needs to be present for his mother and children.

Your Sincerely

Saba Zgheyb

285 Concord Road Concord West 2138. PH: 0061421685205

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I, LISA MAXEY, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3302 S. Grand Avenue, Los Angeles, California 90007.

On November 8, 2024, I caused the foregoing document described as:

**DEFENDANT'S SENTENCING MEMORANDUM, WITH EXHIBITS**

to be served upon the interested parties in this action by electronic filing:

Rachael L. O'Gorman
United States Probation Officer
Email: rachael_ogorman@cacp.uscourts.gov

Joshua Cade Mellor
Assistant United States Attorney
Email: joshua.mellor@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of November, 2024, in Los Angeles, California.

  */s/Lisa Maxey*
  LISA MAXEY